# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINGLE, INC., a California corporation,<br><br>　　　　Defendant | Case No. 14-cv-00658-JLR<br><br>**PRAECIPE FOR A SUMMONS** |

TO THE CLERK OF THE COURT:

　Please issue a summons for Vingle, Inc.  A corrected summons form is attached.

Dated May 6, 2014.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　**NEWMAN DU WORS LLP**

　　　　　　　　By: _(signature)_
　　　　　　　　　　　　Keith Scully, WSBA No. 28677

　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　CHRISTOPHER BOFFOLI

---

PRAECIPE FOR A SUMMONS- 1　　　　**NEWMAN DU WORS LLP**　　　　1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800